December 15, 2023

To Judge Dimke:

RE: Bret Michael Emineth

I have known Bret throughout his entire life and am proud to call him my son. To be clear, I am not one of those mothers who feels their son can do no wrong; however, Bret has never been in trouble before and has always shown himself to be a respectable, responsible, and supportive person and, throughout his life, has consistently acted out of caring and compassion for others. In point of fact, the worst trouble he has ever been in was during his adolescence, and that was being grounded for getting Cs and Ds in high school rather than the As and Bs that we knew he was capable of.

Throughout Bret's childhood and adolescence, Bret expressed interest in a variety of professions: a small animal veterinarian, a doctor, a police officer, and a fireman, because he said he "wants to help people and he loves animals." Subsequently, after putting himself through junior college and a year at the university, he returned home for a break and became interested in law enforcement. He took a job in security at a local business and then volunteered to serve as an officer in the Sunnyside Police Department. Though Bret was aware of my concern for his personal safety, he continued to serve as a volunteer officer. He called me one morning to share with me why he believed in what he was doing and why he wanted to pursue a career in law enforcement: While on duty the previous night, he heard a call on the dispatcher radio in his vehicle from a woman who was frantic because her eight year old son had stopped breathing. Bret knew it was possible that an ambulance wouldn't arrive in time to save her son due to the child's location being far away; however, Bret was close enough to possibly make a difference. As such, he hurriedly responded to the call and administered CPR to the boy until an ambulance could arrive. He saved the boy's life. He told me that he knew this line of work could be dangerous, but he felt he made a positive difference in the lives of that boy and the boy's family and he wanted to be in a position to continue to help others.

This is one example of Bret's character. At the time of his arrest, Bret was a productive member of society, working as a single father raising his three children, and was just about to be promoted to a supervisory role at his job. He was excited about this because he enjoyed his job and a promotion could help him save more quickly for a down payment on a home.

Bret has always shown himself to me and his friends, family, and co-workers to be an intelligent, helpful, caring, and supportive person to most everyone he meets. During his incarceration thus far, he has acted as an effective mediator in his current location, in order to de-escalate situations between rivals; he has been a counselor to some and a mentor to others, promoting reading and education. He has even encouraged and tutored a couple of individuals in their efforts to obtain their GEDs. He has also been promoting wellness and physical fitness.

I love and care about Bret very much. He is greatly missed by his friends, family, and co-workers. He has made a positive difference in my life and the lives of his family and friends. I am, and will remain resolute in my support, love, and encouragement for him during and after his incarceration, as I know

other members of his family and friends are and will be.  In spite of the barriers before him now, I have no doubt that he will make every effort to learn from this experience and move forward with his life in a positive manner before and at his first opportunity to rejoin society.  He has stated to me repeatedly that he is looking forward to resuming his life in a productive and conscientious way, and I know he will.

I would also like to add that I am 61 years of age and, although I am in decent health at this time, I would very much like to be around for Bret when he is finally released so that I may be an effective positive mentor for him and help him to settle into normalcy.

I appreciate and thank-you for your time and consideration of this matter.

Sincerely,

Lauren Brooks-Cannon