UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Bret Michael Emineth,<br><br>　　　　　　　　　Defendant. | No. 4:22-cr-6007-MKD-1<br><br>**Notice of Filing of Attachment 2 re Sentencing Memorandum**<br><br>**Sentencing**<br>**January 4, 2024, 2:00 p.m.**<br>**Richland, Washington** |

　　　Bret Michael Emineth files Attachment 2 in connection with his previously filed sentencing memorandum.[1] Mr. Emineth previously filed Attachment 1, a letter from his mother, concurrently with his memorandum.[2] Since then, counsel has received letters of support from two of Mr. Emineth's uncles. He hereby submits those letters as Attachment 2 for the Court's consideration prior to sentencing.

Dated: January 2, 2024.

---

[1] *See* ECF 108, 108-2.
[2] *See* ECF 108-1.

Notice of Filing of Attachment 2 re Sentencing Memorandum: 1

By s/ Paul E. Shelton
Paul E. Shelton, 52337
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Paul_Shelton@fd.org

**Certificate of Service**

I hereby certify that on January 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Laurel J. Holland and David M. Herzog, Assistant United States Attorneys; and

Gary Metro, counsel for Malesa Hale.

s/ Paul E. Shelton
Paul E. Shelton