12/28/2023

To Honorable Judge Dimke:
RE: Bret Emineth

I am writing to you in regard to Bret's Emineth's character. My name is Lester Emineth and I am the uncle to Bret. I have always known Bret to a be loving, hardworking and a caring honest person. When Bret was born, I remember our whole family traveling to California where my brother was stationed at Castle Air Force Base. It was great excitement as he was the first Grandchild to my parent's family. I do not think anybody could have been loved more. He has Grandparents, Parents, Aunts and Uncles that love him very much.

A few years later I had joined the Coast Guard and made a career out of it and had a family of my own. However, I always kept in contact with Bret as much as I could throughout my career. After I retired from the Coast Guard, I ended up living in Coos Bay Oregon. I continued to keep in contact with Bret and in a lot of ways my post Coast Guard career mirrored Bret's life. We both were interested in Computer Science and we both completed studies in it. I would come to the Tri Cities often to see Bret and discuss life and interest. I would talk about my experience in the Coast Guard and the positive effect it had on me. Bret wanted the same experience, but his thoughts were of his children, and he didn't think it would be fair to uproot them and leave the Tri Cities. That is about the same time we both got interested in law enforcement. Bret started his reserve time with Sunnyside PD and I started reserving for the Coos Couty Sheriff's office. Bret was very proud of his accomplishments he had as a police officer and took much pride in it. I too felt as though I was providing a service to the community I lived in and was giving back. I reserved for three years but ended up getting hired back by the Coast Guard as a civilian. Bret also gave up his reserve work to move to a well-paid position at Hanford where he was able to provide a better life for his children.

All my interactions with Bret's children were always positive. I would often come visit my parents in Richland and spend time going to watch his daughter P.E. play basketball or watch his other daughter G.E. go ice skating. At the time his son T.E. was still very young but was an active young boy and loved his dad very much and still does. Bret was very good at keeping his children engaged in activities and school. I was often impressed with the number of hours he spent at work and the number of things was able to accomplish for his children. Bret did not do this completely on his own, he had a village around him. He had Grandparents, Parents, Aunts, Uncles and Friends that helped to support him. His house was always open and there never seemed to be any secrets.

**Attachment 2 p.1**

Bret always excelled in everything he set out to accomplish. I know if given the opportunity Bret will be able to reintegrate back into society and become a productive member. I have no doubt in my mind about that. He still has a support system of friends and family that will stand behind and beside him as he moves forward. Bret is missed very much, and our family will stand with him as we have also stood with his daughter P.E.. We continue to support both and want nothing more than love and happiness for everyone.

While incarcerated Bret's Grandfather passed away a year ago. I am praying that Bret will be able see his grandma before her time ends. It has been a heavy burden for all involved. Our family wants peace and a second chance for all of us. I thank you for taking the time and looking over the information I provided.

Les Emineth

**Attachment 2 p.2**

Your Honor:

I am Bret Emineth's Uncle. I have been close with Bret his entire life. As a child I would often babysit him. As he grew older, we would do many things together such as for example working on cars, home improvement projects, to doing fun things like playing games and visiting. One of Bret's best attributes is his ability to always be upbeat and look on the bright side of things. He has always been a good person. He has always wanted to help people. Even now he tries to help counsel people in his current environment!

I really miss him. He truly is a hero to me. I have looked up to the man he had become. As most of his family is older. I fear that many of us may not be left before he is freed. His support system is aging. He is a person that I feel would prosper in society.

Thank you for your time,

Randy Emineth.

**Attachment 2 p.3**

1-2-2024

To Honorable Judge Dimke

I am writing on behalf of my nephew Bret Emineth. My name is Cheryl Emineth, and I am Bret's paternal aunt. Bret and I have always been very close, and throughout life he has felt more like a son to me than a nephew. When he was young, I would spend as much time with him as I could, traveling to California during the summer to babysit him when he was a baby, to taking him on trips to the beach with my daughter and I to visit my brother when he was a young boy, to having him come and live with us as a young adult. I have always treasured my time with Bret because he has always been kind, compassionate, intelligent, and entertaining. He has always been very helpful and hardworking, and always offered me a positive perspective on situations and life in general. I have admired his work ethic and his ability to sacrifice and prioritize to improve life for his family and friends. Bret has always had the compassion and ability to put people as a priority in his life over material things and it is one of the things that I have admired most about him. He worked very hard as a single Dad to involve his children in activities while also working full-time. His oldest daughter was playing volleyball, basketball, and softball, while his other daughter was involved in art club, ice-skating, and even competed in a cooking contest. I too was a single parent of one child who was involved in sports, and I know the sacrifice and amount of work that it takes to juggle all the activities and work also, I was incredibly proud of Bret for the effort he put forth to make that all happen.

Bret has always had the ability to stay positive and find the good in any situation, and I have no doubt that he will grow from this and find a positive outcome. He has a lot of family and friends who will continue to support him and walk this journey with him. We will support him in integrating back into society in a positive and productive manner at his first opportunity. We love him and miss him immensely, and want to see nothing but positive improvements and experiences for all involved moving forward and are willing to assist in making that happen any way that we can.

Thank you so much for your time and consideration in this matter.

Sincerely,

Cheryl M. Emineth

**Attachment 2 p.4**